

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00189-CV

**B&E TRUCKING, LLC**,
Appellants

v.

Jackline **ROLLINS**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-16578
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. It is ORDERED that appellee Jackline Rollins recover her costs of this appeal from appellant B&E Trucking, LLC.

SIGNED September 8, 2021.

_____
Rebeca C. Martinez, Chief Justice